1032

[No. 19926-6-III. Division Three. November 29, 2001.]

THE STATE OF WASHINGTON on behalf of MASON T. JACOBS, Petitioner, v. JESSE T. JACOBS, Respondent, VELVET L. SHOEMAKER, Appellant.

Appeal from a judgment of the Superior Court for Asotin County, No. 98-5-00030-5, John M. Lyden, J., entered January 5, 2001. Reversed by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 24608-2-II. Division Two. November 30, 2001.]

RONALD T. WEST, ET AL., Appellants, v. MICHAEL KELLEY, ET AL., Respondents.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-01498-1, M. Karlynn Haberly, J., entered April 21, 1999. Affirmed by unpublished opinion per Morgan, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 25039-0-II. Division Two. November 30, 2001.]

SYDNIE ROTA, Respondent, v. CURTIS EDWARD VANDVER, Appellant.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-2-03556-6, Arthur W. Verharen, J., and David H. Johnson, J. Pro Tem., entered September 1, 1999. Affirmed by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.

[No. 25952-4-II. Division Two. November 30, 2001.]

THE STATE OF WASHINGTON, Respondent, v. SUZANNE LEE COZAD, Appellant.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03551-0, Frederick W. Fleming, J., entered May 12, 2000. Affirmed by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Houghton, J.